**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION**

| | |
|---|---|
| **WILLIAM D. WOODARD, JR.,** | **PLAINTIFF** |
| **V.** | **NO. 4:04CV8-P-D** |
| **CHRISTOPHER EPPS, ET AL,** | **DEFENDANTS** |

### ORDER DENYING MOTION FOR RELIEF FROM JUDGMENT AND MOTION TO PROCEED *IN FORMA PAUPERIS*

This *pro se* § 1983 complaint was dismissed on February 5, 2004, as frivolous. Plaintiff filed a motion for reconsideration of the dismissal on February 23, 2004, and the motion was denied on February 26, 2004. Plaintiff filed notice of appeal on September 24, 2004, and the appeal was dismissed on October 21, 2004, by the United States Court of Appeals for the Fifth Circuit.

Before the court is a motion for relief from judgment filed December 7, 2005, and a motion to proceed *in forma pauperis*. The motion for relief from judgment adds nothing that supports plaintiff's position and the motion to proceed *in forma pauperis* is moot since plaintiff had been granted *in forma pauperis* status on February 2, 2004. Accordingly, the motion for relief from judgment and the motion to proceed *in forma pauperis* are both **denied**.

**SO ORDERED** this 8th day of December, 2005.

/s/ W. Allen Pepper, Jr.
W. ALLEN PEPPER, JR.
UNITED STATES DISTRICT JUDGE